

November 26, 2024

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

> Initial conference is adjourned from December 6, 2024 to January 27, 2025 at 10:30 a.m.
> Dial-In No.: 1-855-244-8681, Access 2305 810 3970#.
> SO ORDERED.
> Dated:  12/3/2024

Re:  *C21K Company Limited v. Gindi C21 IP LLC*
     **Case No. 24-cv-7734 (PKC)**
     **Letter Request to Adjourn Initial Pretrial Conference**

Dear Judge Castel,

We represent Plaintiff C21K Company Limited ("Plaintiff") in the above-referenced action (the "Action").[1] On October 17, 2024, the Court issued an Order directing Plaintiff to file an amended complaint within forty-five (45) days (Dkt. 8). On the same day, October 17, 2024, the Court issued an Order for Initial Pretrial Conference scheduling an initial conference for December 6, 2024 (Dkt. 9). Earlier today, November 26, 2024, Plaintiff filed its Amended Complaint (Dkt. 10) and sent it out for service on Defendant. Previously, Plaintiff was unable to serve the Complaint on the address it had for Defendant (Plaintiff, however, has since located an updated address for service) and thus Defendant has not yet received notice of this Action.

In accordance with Your Honor's Individual Rules of Practice, Plaintiff respectfully submits the following:

1. **Date Sought to be Adjourned:** December 6, 2024;
2. **Reasons for Request:** To allow additional time for Plaintiff to serve the Amended Complaint on Defendant, for Defendant to file a Notice of Appearance and for the parties to confer and file a joint letter prior to the initial conference in accordance with the Court's directives;
3. **Whether any Adjournment was Previously Sought:** No, this is Plaintiff's first request for adjournment of the Initial Conference;
4. **Whether the Adversary Consents to the Request:** Plaintiff did not seek Defendant's consent as service has not yet been completed on Defendant.

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's Complaint.

Hon. P. Kevin Castel
November 26, 2024
Page 2

    We thank the Court for its time and consideration.

                                                 Respectfully submitted,
                                                 **EPSTEIN DRANGEL LLP**

                                                 BY: /s/ Danielle S. Futterman
                                                 Danielle S. Futterman (DY 4228)
                                                 dfutterman@ipcounselors.com
                                                 60 East 42nd Street, Suite 1250
                                                 New York, New York 10165
                                                 (212) 292-5390
                                                 *Attorneys for Plaintiff*
                                                 *C21K Company Limited*

