# OVED & OVED

### ATTORNEYS

December 18, 2024

**VIA ECF**

Time to respond to complaint extended to February 17, 2025.
Conference adjourned from January 27 to March 3, 2025 at
10:30 a.m.  Call-In: 1-855-244-8681; Access Code: 2305 810 3970#.
SO ORDERED.
Dated:  12/18/2024

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

P. Kevin Castel
United States District Judge

**Re:    *C21K Co. Ltd. v. Gindi C21 IP LLC*, Case No. 1:24-cv-07734-PKC**

Dear Judge Castel:

This law firm represents Defendant Gindi C21 IP LLC ("Defendant") in the above-referenced action.  Pursuant to Rule I.C of Your Honor's Individual Practices, we write to respectfully request (i) an adjournment of Defendant's time to respond to Plaintiff C21K Co. Ltd.'s ("Plaintiff") complaint from January 2, 2025 to February 17, 2025, and (ii) a corresponding adjournment of the initial conference from January 27, 2025 to March 3, 2025.

On December 18, 2024, this firm emailed to Plaintiff's counsel, seeking Plaintiff's consent to the requested extension of time to respond to Plaintiff's complaint in exchange for Defendant waiving any objection to service of process.  Plaintiff's counsel consented to the request.  The reason for the request is that we have just been retained in this action and require time to assess the case, confer with our client, and prepare a response.  Further, this firm needs additional time due to upcoming holidays and travel commitments.  This is the first request for an adjournment made by Defendant.

We thank the Court for its attention to this matter.

*/s/ Andrew J. Urgenson*
Andrew J. Urgenson, Esq.

cc: All counsel of record (*via* ECF)