

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

October 29, 2025

*The action is stayed until January 13, 2026. Counsel for plaintiff shall submit a revised schedule to bring the action to conclusion by January 19, 2026.*

**VIA ECF**
Hon. P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   ***C21K Company Limited v. Gindi C21 IP LLC***
      **Case No. 24-cv-7734 (PKC)**
      <u>**Letter Requesting to Stay Discovery Pending Mediation**</u>

*SO ORDERED*
*[signature]*
*USDJ*
*10.29.25*

Dear Judge Castel,

  We represent Plaintiff/Counterclaim Defendant C21K Company Limited ("Plaintiff") in the above-referenced action (the "Action"). Together with Defendant/Counterclaim Plaintiff Gindi C21 IP LLC the parties jointly submit this letter respectfully requesting a temporary stay of discovery in this case pending the upcoming expedited mediation on December 3, 2025. (Dkt. 38).

  The parties respectfully submit that good cause exists to grant the requested stay to conserve the parties' time and resources as we are hopeful the parties can reach an amicable resolution at mediation. This Court routinely grants joint requests to stay discovery pending settlement mediations. *See, e.g., Lazaar v. Anthem Co., Inc.*, 1:22-cv-3075 (JGLC), 2024 U.S. Dist. LEXIS 123457 (S.D.N.Y. July 9, 2024) (granting stay of action pending mediation); *Brain v. The Execu-Search Group, LLC*, No. 24-cv-8219-MKV (S.D.N.Y. 2024), Dkt. No. 67 (granting stay of action pending settlement mediation).

  We thank the Court for its time and consideration to this matter.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: <u>/s/ Danielle S. Futterman</u>
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, New York 10165
(212) 292-5390
