

May 8, 2026

**VIA ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

       **Re: _C21K Company Limited v. Gindi C21 IP LLC_, Case No. 24-cv-7734 (PKC)**

Dear Judge Castel:

This firm represents Defendant/Counterclaim Plaintiff ("Defendant") in the above-captioned proceeding. Pursuant to Rule 1.C. of Your Honor's Individual Practices in Civil Cases, we write to respectfully request a 90-day extension to the Case Management Plan and Scheduling Order. A proposed Revised Case Management Plan is attached hereto as **Exhibit A**.

Good cause exists for this extension. The parties have made significant strides in identifying custodians and sequestering documents. However, despite meeting and conferring with diligence, the parties have been unable to agree on certain threshold discovery issues detailed in Defendant's pre-motion letter filed earlier today as ECF No. 47. Accordingly, the parties need additional time to resolve this dispute, complete document discovery, and prepare for depositions.

The requested 90-day extension would move the deadline for all fact discovery, including depositions, from May 19, 2026, to August 17, 2026. _See_ ECF No. 44.

We conferred with Plaintiff/Counterclaim Defendant's counsel, who agrees with the need for this extension and consents to this request. This request will not affect any other deadlines in this matter. The parties previously requested and were granted a stay of the discovery deadlines. ECF Nos. 42, 43, 44.

We thank the Court for its attention to this matter.

       Respectfully submitted,

       **OVED & OVED LLP**

       _/s/ Aleksandra Lamontanaro_
       Aleksandra Lamontanaro, Esq.
       _Attorneys for Defendant_
       401 Greenwich Street
       New York, New York 10013
       Tel.: 212.226.2700
       alamontanaro@oved.com

cc: All counsel of record (_via_ ECF)