**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

C21K COMPANY LIMITED,

*Plaintiff-Counterclaim Defendant*

v.

GINDI C21 IP LLC,

*Defendant-Counterclaimant*

**Case No. 24-cv-7734 (PKC)**

~~**[PROPOSED]**~~ **REVISED CIVIL CASE**
**MANAGEMENT PLAN AND**
**SCHEDULING ORDER**

The Civil Case Management Plan and Scheduling Order (ECF No. 35), as modified by ECF Nos. 44 and 50, is modified as follows, and only to the extent set forth herein:

All fact discovery shall be completed no later than October 16, 2026.

The Case Management Conference scheduled for September 23, 2026 at 11 AM in Courtroom 11D is vacated, and the next Case Management Conference is scheduled for November ~~4~~ (10), 2026 at 11 AM in Courtroom 11D.

This ORDER may not be modified or the dates further extended herein, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein shall be made in a written application in accordance with paragraph 1(C) of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

**IT IS SO ORDERED.**

DATED: New York, NY
July 23, 2026

_____
The Honorable P. Kevin Castel
UNITED STATES DISTRICT JUDGE

*The parties ought" to spend their resources on resolving this dispute.*